NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARL FOX,**
*Petitioner,*

v.

**DEPARTMENT OF DEFENSE,**
*Respondent.*

---

2012-3078

---

Petition for review of the Merit Systems Protection Board in case no. CH0752110659-I-1.

---

**ON MOTION**

---

**ORDER**

Carl Fox moves for extensions of time to file his corrected opening brief. The Department of Defense moves for a 21-day extension of time to file its response brief from the date of service of Fox's corrected opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. Mr. Fox's corrected opening brief is due within 60 days of the date of filing of this order. The Department of Defense should calculate its brief due date from the date of service of Mr. Fox's corrected opening brief.

FOR THE COURT

**OCT 0 5 2012**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Carl Fox (Informal Brief Form & Pro Se Guide Enclosed)
    P. Davis Oliver, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 0 5 2012

JAN HORBALY
CLERK